JAMES W. EAGER, Respondent, *v.* THE FIREMAN'S FUND
INSURANCE COMPANY, Appellant.

Reported below, 71 Hun, 352.
(Argued December 2, 1895; decided December 19, 1895.)

APPEAL from judgment of the General Term of the
Supreme Court in the fourth judicial department, entered
upon an order made September 12, 1893, which affirmed a
judgment in favor of plaintiff entered upon the report of a
referee.

*I. N. Ames* for appellant.

*William Nottingham*, for respondent.

Judgment affirmed on opinion below, with costs.
All concur.